IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRELL L. LEATH,
        Plaintiff,

vs.                                Case No. 3:08cv74/LAC/EMT

CLERK OF CIRCUIT COURT
DUVAL COUNTY,
        Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 12, 2008.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's case is dismissed without prejudice to its refiling accompanied by the payment of the full $350.00 filing fee.

**DONE AND ORDERED** this 11th day of April, 2008.


                                          s/*L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**